**Order entered December 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01407-CV

**CHRISTIAN CARE CENTERS, INC., Appellant**

**V.**

**REBECCA O'BANION, ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-12201**

## ORDER

We **GRANT** appellees/cross-appellants' December 27, 2013 motion for an extension of time to file a response to appellant/cross-appellee's motion to dismiss the cross-appeal for lack of jurisdiction. Appellees/cross-appellants shall file their response on or before January 13, 2014.

/s/    ELIZABETH LANG-MIERS
           JUSTICE